1022

No. 88–6682. BARNES v. NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKoy* v. *North Carolina, ante,* p. 433. ▮

No. 88–6683. FULLWOOD v. NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKoy* v. *North Carolina, ante,* p. 433. ▮

No. 88–6684. HUNT v. NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKoy* v. *North Carolina, ante,* p. 433. ▮

No. 88–7306. GREENE v. NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKoy* v. *North Carolina, ante,* p. 433. ▮

No. 89–1297. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 406, ET AL. v. GUIDRY. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Breininger* v. *Sheet Metal Workers,* 493 U. S. 67 (1989). ▮

No. 89–5837. LAWS v. NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKoy* v. *North Carolina, ante,* p. 433. ▮